FILED

JUL 1 0 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _BT_
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

**Plaintiff** Lowell Green #00518622

Case No. SA23CA0864FB

v.

**Defendant** Unknown Defendants

---

Please See Complaint Attached

.14 MILLION Dollars Page 1 of 12

17-50640

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT. ArT. VI of
the United States Constitution
"disallows" reason on the bench.

1.) Lowell Quincy Green did then and
    there used or exhibited
2.) a deadly weapon. to-wit:
3.) a firearm or BB Handgun on
    March 19, 2012. Cause no. 2012-7022
4.) September 10, 2013. Plea Bargain
   Aggravated Robbery PC 29.03
   T.S.R. Mpl Johnson Finding on
   Deadly Weapon: N/A (Request Eap)
   Cause no. 2012-7022 Judgment
5.) State of Texas Prosecutor Brandon
   Tuve Made NO Objection (Contempt)
   At that point Green was entitled
   to a finding of not guilty and
   page 1. See other side

a judgment of acquittal. Article 115, V.R.C.C.P. (Combined plea of guilty) since 1960. Under the Federal Double Jeopardy Clause jeopardy attaches in a bench trial when the judge begins to receive evidence. United States v. Martin Linen Supply Co., 430 U.S. 564, 569 (1977); Serfass v. United States, 420 U.S. 377, 388; U.S. v. McCarthy v. Zerbst, 85 F. 2d 6-10, 10 (7th Cir. 1936).

(6) The Fifth Amendment states: "Nor shall be compelled in any criminal case to be a witness against himself" Cause No. 2012-79___ Judge Multi Division Crawson Juris and Public Defender Lawrence E. Johnson. Findings on Conviction Victims: N/A.  Punishment: 25 Yrs. (Illegal) Sentence (Leavenworth Arg.) § 12.42(a) habitual must be proved

Rummel v. Estelle, 445 U.S. 263 (1980)

Thus it is incumbent upon the State "to introduce evidence into the record showing the guilt of the defendant." When the State failed to discharge its burden to prove allegations in the indictment the trial court had no alternative but to acquit appellee. McClendon v. State, 583 S.W.2d 777 at 779-780 (Tex.Crim.App. 1979)

Analysis:

(1) Ex parte Green, WR-82,191-05, cause No. 2012-74022, April 10, 2012 $50,000.00 Bond. Public Defender Lawrence E. Johnson 801 Washington Ave #400 Waco, TX 76701 Ms. Henderson. and Defense Firearm or BB Handgun Investigator D. Youngblood 2012-74022, April 10, 2012 (Double Jeopardy)

Page 3, see other side.

Grand Jury ("EXONERATED") Art. 1, § 101 ex.
Const. Bill of Rights. FINAL. wr-
82,481-02. Parolee ~~Dismissed~~ ~~Acquitted~~.
November 19, 2002 Lowell Quincy Green
Milwaukee, Wisconsin County Jail. ID # 518622
(on 283rd District Court of Dallas
County, Texas Cause no. F89-97005-14 (3753)
Bernal Drive Dallas Texas 75212
Tex. Penal Code Ann. § 31.07 (UUMV) August
10, 1989 (30) years Jury Tried
Green V. State. 05-89-01170-cR
(Tex. App-Dallas June 11, 1990) Affirmed
Green V. State. 0592-90 PDR Tex. Crim.
App. December 12, 1990) Refused
Cause no. 1444-0592 Lowell Quincy Green
119 Kaiser Street, McGregor, Texas 76657
54th District Court, McLennan County,
Texas December 07, 1994 (25) years
Plea Bargain Poss. Cocaine # 518622
Judgement on # 62147 (Waco, TX)

Page 4.

Cause No. 0872126-A Lowell Quincy Green, 3901 Longstraw Wd Austin Texas 3rd Judicial District Court of Tarrant County Texas May 27, 2004 (Plea Bargain) 9 Month DS Tarrant County, Just Probe Violator Unlawful Restraint Time Served TDCJ# 519622 (0872126-N

(8) March 24, 2012 (Lowell Quincy Green) 2408 Ethel Ave Apt A Waco, Texas 76707 (Arrested) by Waco Police Officer John Finch

(9) March 26, 2012 Kimberly Betterman W/F DOB: 07/07/1932 Social Security 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 2408 Ethel Ave Apt. A Waco, Texas 76707 (Officer Jason Davis) Waco Animal Control. Detective Manuel Chavez, Detective Kristin Woodruff

Page 5. See other side.

Page 6 of 12

Erin Newton - Crime scene at 1222 hrs (Collected BBgun, Credit Card) Offense Report #12-5434 Property Discovery. Offic. Criss Stone.

Brady v. Maryland, 373 U.S. 83 (1963) (later so Extermen committed) the offense March 14, 2012 she possess her husband Lowell Quincy Green Black Powerline 15kt CO2 Air Pistol BBgun. #12-5434, WR-82,991-03.

March 27, 2012 Det. Kristina Woodruff 3201 E. Hwy 6 Waco, Texas 76705 McLennan County Jail (illegal) interrogation with a lawyer and tainted evidence seized without a warrant or consent (inadmissible) in a court at law. Gerstein v. Pugh, 420 U.S. 103 (1975). The applicable provision art. 38.23 provides:

Page 6.

Page 7 of 12

(a) No evidence obtained by an officer or person in violation of any provision of the Constitution or laws of the United States of America, shall be admitted into evidence against the accused on trial of any criminal case. 342 U.S. 1 (1968). "Presumably, whenever the police arrest they must arrest on "probable cause". It is not the function of the police to arrest, at large and to used interrogation purposes at police headquarters order to determination upon/over they should charge before a committing magistrate on "probable cause". Mallory v. United States, 354 U.S. 449, 456 (1957).

⑩ March 27, 2012 Magistrate Martin

Page 7. See other side

#12-5431 Anastasia Collier complainant
illegal Charge, tainted evidence
(11) The State of Texas v. Lowell Lavinga Green
Cause no. 2012-79022, Aggravated Robbery
with a deadly weapon, to-wit:
(12) a firearm or Bathing Jun. U.S.C. 101-03,
6:15-cv-360 (Robert L. Pitman) Im-
Peachment. 16-51098 Jerry E.
Smith, Leslie H. Southwick (5th
Cir) Treason. 6:16-cv-414, Robert L. Pitman
17-50640 (5th Cir) Priscilla R. Owen
Impeachment. Bad Behavior
(13) Congress Cannot Support "Corrup-
tion. WR-83,994-11 (2012-79022)
4:20-cv-2385 (S.D. Tex. Houston
2020) Judge Lynn N. Hughes Magistrate
Judge Peter Bray, Public Defender
Lawrence E. Johnson (DEAD) Treason,
22-20131 (5th Cir. DIE. 2022) (up)

Page 8.

E. Stewart (impeachment) Article VI Oath or Affirmation Breached, before the United States Congress.

(14.) Ex parte Green, WR-82,481-18 (2012-790-C) 2 Bus. 5225 Y Green v. Warden Vernel Davis Connally Unit (USDC NO. 5:23-cv-102 (W. Dist. San Antonio Division) @ 262 W. Nueva Street # 1-400 San-Antonio January 05, 2023

(15) Judge Fred Breary Menna v. New York, 423 U.S. 62 (1975) (holding that a double jeopardy claim was not waived by the entry of a plea of guilty. Menna,

Page 9. See other side.

relied upon Blackledge v. Perry, 417 U.S. 21, 30 (1974), for the proposition that "where the State is precluded by the United States Constitution from haling a defendant into court on a charge federal law requires that charge be set aside even if the conviction was entered pursuant to a counseled plea of guilty." Menna, 423 U.S. at 62.

In Blackledge the Supreme Court had distinguished between cases where the constitutional error had been coerced confession or tainted indictments and

those cases were the constitutional error involved the "right not be ruled into court at all" 5/17 U.S. at 30 SUPREME COURT OF THE UNITED STATES OFFICE ___ June __, __

(10) Fernando Garcia Smith Jr. had to review Supreme Court enclose the indictment for, Court rules, or petition

(17) Green v. Connally Unit. of 5:23-cv-107 (Fred Biery) 23-50235. §2254 NO. 5:23-cv-102, Tumey v. Ohio, 273 U.S. 510, 523 (1927) (judge was not impartial), Habeas Corpus Shall issue, Fred Biery is served with Supreme Court

Page 11. See other side

(1) Green v. State, 17-50690
(6:16-cv-91-RP) 6: Case 1 of 1 page 13 of 13
20-50131 (5th Cir Oct. 2022)
(Carl E. Stewart) Violated his vested

July 03, 2023 pursuant 28 USC §
1746. I declare and verify
under penalty that the
foregoing information is
true and correct. Lowell Green

Lowell Green # 518622
Connally Unit
899 FM 632
Kenedy TX 78119

The FBI can charge BP Deputy

Page 13